UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Leobardo MARTINEZ-Lopez,<br><br>Defendant. | Magistrate Docket No. **21-MJ-1764**<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

On or about May 09, 2021, within the Southern District of California, defendant Leobardo MARTINEZ-Lopez, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Chula Vista, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 10, 2021.

HON. JILL L BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Leobardo MARTINEZ-Lopez

## PROBABLE CAUSE STATEMENT

On May 9, 2021, Supervisory Border Patrol Agent E. Lavergne was performing his assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 4:10 A.M., Remote Video Surveillance System (RVSS) operators notified agents that multiple individuals had climbed over the primary and secondary fence in an area known to Border Patrol Agents as "Old end of secondary," and continued to run northbound. Border Patrol Agent T. Pacheco, observed utilizing an infrared scope, the four individuals. The group continued to run in a westerly direction towards an area known to Border Patrol Agents as "The 675." Agent Pacheco was able to guide Agent Lavergne to the location of the group. This area is approximately two miles east of the Otay Mesa, California Port of Entry, and 300 yards north of the United States/Mexico Internationally Boundary. Agent Lavergne approached the four individuals, one of which was later identified as defendant, Leobardo MARTINEZ-Lopez, and identified himself as a United States Border Patrol Agent. Agent Lavergne initiated an immigration inspection on the four individuals including MARTINEZ. The four individuals including MARTINEZ, stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. At approximately 4:15 A.M., Agent Lavergne placed the four individuals, including Martinez, under arrest,

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 26, 2018 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.